# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DE'ANTE J. SMITH,**

    **Plaintiff,**

**v.**                                                    **Case No. 5:18cv192-TKW-HTC**

**A. WESTER, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 52) and Plaintiff's objections (Doc. 53). The Court has reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

The Court finds that Plaintiff's objection to the magistrate judge's finding that Officer Johnson administered the chemical agent (Doc. 52, at 18) is well taken because the record conclusively establishes that it was Officer Wester, not Officer Johnson, who administered the chemical agent at the direction of Captain Wester while Officer Johnson operated the camera. *See* Docs. 42-2 (declaration of Captain Wester), 42-7 (use of force report), 42-9 (video I-1). However, this factual error does not undermine the magistrate judge's legal conclusion that the administration

of the chemical agent was not an Eighth Amendment violation under the circumstances.

The Court finds no merit in any of the other objections raised by Plaintiff, and based on the Court's de novo review, the Court agrees with the magistrate judge's determination that Defendants are entitled to summary judgment on all the claims raised by Plaintiff. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order, except as stated above.

2. Defendants' Motion for Summary Judgment (Doc. 42) is **GRANTED**.

3. The clerk shall enter judgment in favor of Defendants and close this case file.

**DONE and ORDERED** this 6th day of April, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**